UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NACIMA AUSTIN,

        Plaintiff,

v.                                  Case No. 8:25-cv-2103-SDM-AAS

CARGURUS, INC,

        Defendant.
_____/

## ORDER

The parties jointly request that the court approve their stipulated confidentiality and non-waiver of privilege by inadvertent disclosure agreement. (Doc. 17). "Parties wishing to keep confidential documents obtained or disclosed during discovery, including for attorneys' eyes only, may file a motion for a protective order, with a proposed order, showing good cause for the relief requested." Middle District Discovery (2015) at VII.C; *see also Baystate Tech., Inc. v. Bowers*, 283 F. App'x 808, 810 (Fed. Cir. 2008) (citations omitted) (stating courts may enter protective orders if good cause exists to protect discovery information). Good cause exists to enter this joint confidentiality agreement.

Accordingly, the parties' motion to approve their joint confidentiality agreement (Doc. 17) is **GRANTED**. The agreement attached to the motion is deemed incorporated herein. (Doc. 17-1).

2

**ORDERED** in Tampa, Florida, on December 9, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge